# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Wilmer Cisneros-Reyes

**WARRANT FOR ARREST**

Case Number: DR:18-M -03541(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest        (1) Wilmer Cisneros-Reyes
                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Wilmer CISNEROS-Reyes, was arrested by Border Patrol Agents, on April 16, 2018 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on September 9, 2016 through Valley International Airport. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**

| COLLIS WHITE | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | April, 18, 2018 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____  by  _____
                                                     Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received April 18, 2018 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest April 16, 2018 | Robles, Reynaldo Border Patrol Agent | *[signature]* |